DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HYPOEDANIA, LLC,** a Florida limited liability company,
Appellant,

v.

**PHILLIP GLASSMAN, PHYLLIS G GLASSMAN** and **ROBERTA GOTLIEB**
d/b/a **DANIA SHOPPING PLAZA,**
Appellees.

No. 4D22-3401

[August 3, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Paige Gillman, Judge; L.T. Case No. 50-2021-CA-003971.

Albert J. Vitto III, of Saraga Lipshy, PL, Delray Beach, for appellant.

Richard G. Coker, Jr., and Kathryn R. Coker of Coker & Feiner, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CONNER and FORST, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***